ACCEPTED
12-13-00346-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/17/2015 4:49:46 PM
CATHY LUSK
CLERK

# Clement Dunn
## Attorney at Law
### 140 E. Tyler Street, Suite 240
### Longview, Texas 75601

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/17/2015 4:49:46 PM
CATHY S. LUSK
Clerk

(903) 753-7071

FAX: (903) 753-8783

February 17, 2015

**Re:**    Case Numbers:      12-13-00345-CR, 12-13-00346-CR
     Trial Court Case Numbers:   241-0592-13, 241-0593-13

**Style:** LaQuentin Washington
          v.
     The State of Texas

To the Court of Appeals:

Please accept this letter certifying compliance with Tex. R. App. P. 48.4, by certified mail, of this Court's Memorandum Opinion, dated February 11, 2015, to my client, LaQuentin Washington. Enclosed please find documents relating to this certified mailing.

Sincerely,

Clement Dunn
Attorney at Law

RCD:
Enclosure



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.70 |
| Certified Fee | | $3. |
| Return Receipt Fee (Endorsement Required) | | $2. |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.70 |

Postmark
Here
FEB 17 2015

02/17/2015

Sent To La Quentin Washington

Street, Apt. No.; B. Telford Unit
or PO Box No. 3899 State Hwy 98

City, State, ZIP+4 New Boston TX 75570

PS Form 3800, June 2002      See Reverse for Instructions

7006 0810 0004 2898 5491